In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-195 CV


____________________



DON SCHNEIDER TRUCKING COMPANY, INC., Appellant



V.



PRIORITY REAL ESTATE SERVICES, LLC, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 08-00152






 MEMORANDUM OPINION


 The appellant, Don Schneider Trucking Company, Inc., filed a motion to dismiss
this appeal. The motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of
appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered July 17, 2008

Before Gaultney, Kreger and Horton, JJ